# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. 1:20cr274 |
| | * | |
| Jon Botsford | * | |

*****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[✓]  That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[✓]  That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Due to the COVID-19 protocols, and especially in light of the Delta variant, the Defendant consents to proceed with the hearing by video conference.

Accordingly, the proceeding(s) held on this date may be conducted by:

[✓]  Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

[ ]  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

[ ]  Other:

Date: 3/28/2022

s/Dan Aaron Polster
United States District Judge